**2008–1265.   Sisk Assoc., Inc. v. Committee to Elect Timothy Grendell.**

Franklin App. No. 07AP–1002, 2008-Ohio-2342.

LANZINGER and CUPP, JJ., dissent.

**2008–1424.   State v. Satterfield.**

Hamilton App. Nos. C–070414 and C–070415. Discretionary appeal accepted; cause held for the decisions in 2007–0693, *State v. Bloomer,* Fulton App. No. F–06–012, 2007-Ohio-1039, 2007–1415, *State v. Mosmeyer,* Hamilton App. No. C–060747, and 2007–1439, *State v. Barnes,* Portage App. No. 2006–P–0089, 2007-Ohio-3362; and briefing schedule stayed.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.